No. 93–6482.  TRAYLOR v. LETTS.  C. A. 6th Cir.  Certiorari denied.

No. 93–6501.  FRENCH v. BEARD ET AL.  C. A. 8th Cir. Certiorari denied.

No. 93–6503.  GRAY v. GARNER, SHERIFF, OUACHITA COUNTY, ARKANSAS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–6507.  GIBSON v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 93–6509.  JOHNSON v. CITY OF CHEYENNE, WYOMING, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–6511.  HAMMOND v. WEEKES.  Ct. App. D. C.  Certiorari denied.

No. 93–6512.  GRAHAM v. SAUNDERS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–6513.  SHABAZZ v. BEYER, SUPERINTENDENT, TRENTON STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–6516.  STEFFEN v. MAULDIN ET AL.  C. A. 9th Cir. Certiorari denied.

No. 93–6517.  TYLER ET AL. v. ASHCROFT, GOVERNOR OF MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–6518.  ASHRAF v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–6519.  ARNICK v. UNION ELECTRIC CO. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–6522.  SLOAN v. SLOAN.  Sup. Ct. Va.  Certiorari denied.

No. 93–6523.  CARLUCCI v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.